UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DEMONTA HAMBRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>BRADLY D. JONES Detective Captain,<br>B. NICHOLAS Corporal,<br>PATRICK MCCUTCHRON Officer,<br>JERMY MULL Head Prosecutor,<br>JEFFREY KRAFT Prosecutor,<br>GARRETT LANGLEY CEO Flock Cam Safty,<br>WES HARPER D/sgt.,<br>MATT FEVRY Co-Founder Flock Safty,<br>ELLIOT D/major-Detective,<br>SAM SARKISAIN D/Detective,<br>NCIC Alerts,<br>LISA GLICKFIELD Judge,<br>CPL. MAPLES Sheriff, Head of Clark County Jail,<br>CHANNEL FOX 6 NEWS Milwaukee, WI,<br>CHANNEL 12 NEWS Milwaukee, WI,<br>CPL. MAPLES Sheriff,<br>CAPT. HARRIS Defense Attorney,<br><br>Defendants. | ) | No. 4:26-cv-00015-TWP-KMB |

**<u>ORDER DISMISSING ACTION WITHOUT PREJUDICE</u>**

This matter is before the Court on Plaintiff Demonta Hambright's Motion to Correct (Dkt. 48). For the reasons explained in this order, the Motion is **denied**.

Mr. Hambright is a prisoner of the Indiana Department of Correction. In his Amended Complaint, he alleges that he was convicted of resisting law enforcement in Clark County, Indiana based on false evidence and that he is facing prosecution for murder in Wisconsin based in part on evidence found during his Indiana arrest. (Dkt. 26). The Court screened Mr. Hambright's amended

complaint as required by 28 U.S.C. § 1915A(a), (c), and dismissed it because it violated the requirement of Rule 8(a)(2) of the Federal Rules of Civil Procedure that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ." (Dkt. 38 at 1). (citing *United States ex rel. Garst v. Lockheed–Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003)). The Court noted that the amended complaint was 53 pages long and named 28 defendants and pointed out that the amended complaint likely also violates the requirement of Rule 20(a)(2), which permits a plaintiff to join defendants if: "(A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action." *Id.* at 1-2.

Mr. Hambright responded by filing a slightly shorter complaint,[1] but by adding 11 defendants.[2] (Dkt. 46). These defendants include, but are not limited to, law enforcement officials in Clark County, Indiana and Glendale, Wisconsin, judicial officers, prosecutors, news stations, and the company or individuals responsible for the use of Flock safety cameras. *Id.* This wide-ranging complaint still violates the requirements of Rules 8 and 20 of the Federal Rules of Civil Procedure. Rather than providing a short and plain statement that simply tells the story of what Mr. Hambright contends happened, Mr. Hambright's second amended complaint details a disjointed and difficult to follow story that is peppered with legal conclusions.

Further, the Second Amended Complaint describes two separate prosecutions – one in Indiana, which appears to be concluded, and one in Wisconsin, which is ongoing. Mr. Hambright has not adequately demonstrated that all 39 defendants in this case are properly joined with each

[1] The second amended complaint spans 38, handwritten, single-spaced, pages.
[2] Mr. Hambright's second amended complaint does not contain a defendant list in the caption. But he provided a separate list of defendants, naming 39 defendants. Dkt. 49.

other. Because he has already been notified that his complaint must comply with Rules 8 and 20, this case is now subject to dismissal.

Consistent with this ruling, Mr. Hambright's Motion to Correct, Dkt. [48], is **DENIED** as unnecessary. Final judgment dismissing this case without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: November 6, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

DEMONTA HAMBRIGHT
310990
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Electronic Service Participant – Court Only